# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 08-10376 |
| JORDAN, HORTENSE B., | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtors. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **November 18, 2016**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 35]; **Trustee's Application for Compensation and Expenses** [Dkt. 34]; and the **Final Application of Counsel for Trustee for Compensation with Coversheet for Bruce de'Medici** [Dkt. 33], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

1

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Thomas Twomey, Counsel to the Debtor
ecf@zaplawfirm.com


**Parties to receive notice by email:**

Bruce de'Medici
bdemedici@kelleykronenberg.com


**Parties to receive notice by postage prepaid first-class U.S. Mail:**

Hortense B. Jordan
1641 Downs Drive
Calumet City, IL 60409

Vivian Jordan
1641 Downs Drive
Calumet City, IL 60409

Bruce de'Medici
Kelley Kronenberg
190 S. LaSalle, #450
Chicago, IL 60603

American Express
c/o Becket and Lee
P.O. Box 3001
Malvern, PA 19355

Chase
800 Brooksedge Blvd
Westerville, OH 43081

GEMB/JC Penny WalMart
Attention: Bankruptcy
P.O. Box 103106
Roswell, GA 30076

1

Sams Club
Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Bank of America
Attn: Bankruptcy NC4-105-02-99
P.O. Box 26012
Greensboro, NC 27410

Citibank USA
Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Macy DSNB
9111 Duke Blvd
Mason, OH 45040

Sears
Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Chase
Attn: Bankruptcy Dept
P.O. Box 100018
Kennesaw, GA 30156

Exxmblciti
P.O. Box 6497
Sioux Falls, SD 57117

Radio Shack/CBUSA
Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Shell Oil / Citibank
Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Target
P.O. Box 9475
Minneapolis, MN 55459

2

Visa DSNB
9111 Duke Blvd
Mason, OH 45040

Wells Fargo
Collection Service, 1st Floor, M
1 Home Campus
Des Moines, IA 50328

Wells Fargo
P.O. Box 60510
Los Angeles, CA 90060

Wells Fargo Finance
17645 S. Torrence
Lansing, IL 60438

Wells Fargo Home Mortgage
P.O. Box 1230
MAC X5401-031
Charlotte, NC 28201-1230

WFNNB/Eddie Bauer
995 W 122nd Ave
Westminster, CO 80234

WFNNB/Roaman
P.O. Box 182125
Columbus, OH 43218

WFNNB/Silhouettes
P.O. Box 2974
Shawnee Mission, KS 66201