# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Hortense B. Jordan | § | Case No. 08-10376 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 157,500.00 *(Without deducting any secured claims)* | Assets Exempt: 116,800.00 |
| Total Distributions to Claimants: 42,927.78 | Claims Discharged Without Payment: 395,553.57 |
| Total Expenses of Administration: 11,590.78 | |

3) Total gross receipts of $ 54,518.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 54,518.56 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 324,428.82 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,950.78 | 11,950.78 | 11,590.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 82,273.00 | 64,634.53 | 64,634.53 | 42,927.78 |
| **TOTAL DISBURSEMENTS** | $ 406,701.82 | $ 76,585.31 | $ 76,585.31 | $ 54,518.56 |

  4)  This case was originally filed under chapter 7 on  04/25/2008 .  The case was pending for 114 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  08/22/2017                  By:/s/N. Neville Reid, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo Settlement Payment | 1249-000 | 54,518.56 |
| **TOTAL GROSS RECEIPTS** | | **$54,518.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Wells Fargo Financial | | 0.00 | NA | NA | 0.00 |
| | Representing: Wells Fargo Home Mortgage | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Financial | | 16,000.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage | | 308,428.82 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 324,428.82 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 5,975.93 | 5,975.93 | 5,975.93 |
| Associated Bank | 2600-000 | NA | 359.85 | 359.85 | 359.85 |
| United States Bankruptcy Court | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| Bruce de'Medici | 3210-000 | NA | 5,355.00 | 5,355.00 | 4,995.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,950.78 | $ 11,950.78 | $ 11,590.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | 7,219.00 | NA | NA | 0.00 |
| | Bank of America | | 175.00 | NA | NA | 0.00 |
| | Chase | | 10,369.00 | NA | NA | 0.00 |
| | Chase | | 2,758.00 | NA | NA | 0.00 |
| | Chase | | 602.00 | NA | NA | 0.00 |
| | Exxmblciti | | 733.00 | NA | NA | 0.00 |
| | GEMB / JC Penny | | 1,562.00 | NA | NA | 0.00 |
| | GEMB / Walmart | | 2,640.00 | NA | NA | 0.00 |
| | Macy dsnb | | 647.00 | NA | NA | 0.00 |
| | Radio Shack/cbusa | | 985.00 | NA | NA | 0.00 |
| | Sams Club | | 602.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears | | 9,359.00 | NA | NA | 0.00 |
| | Target | | 3,575.00 | NA | NA | 0.00 |
| | Visdsnb | | 2,121.00 | NA | NA | 0.00 |
| | Wells Fargo | | 5,360.00 | NA | NA | 0.00 |
| | Wfnnb/eddie Bauer | | 79.00 | NA | NA | 0.00 |
| | Wfnnb/roaman | | 632.00 | NA | NA | 0.00 |
| 4 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 32,366.00 | 33,172.08 | 33,172.08 | 33,172.08 |
| 4-Interest | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 26,827.92 | 26,827.92 | 5,929.39 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 39.00 | 3,398.98 | 3,398.98 | 3,398.98 |
| 2-Interest | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 980.41 | 980.41 | 216.69 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 290.00 | 132.26 | 132.26 | 132.26 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-Interest | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 38.15 | 38.15 | 8.43 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 160.00 | 65.76 | 65.76 | 65.76 |
| 1-Interest | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 18.97 | 18.97 | 4.19 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 82,273.00 | $ 64,634.53 | $ 64,634.53 | $ 42,927.78 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 08-10376 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Hortense B. Jordan | | | | Date Filed (f) or Converted (c): | 04/25/2008 (f) |
| | | | | | 341(a) Meeting Date: | 05/21/2008 |
| For Period Ending: | 08/22/2017 | | | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wells Fargo Settlement Payment (u) | 0.00 | 54,518.56 | | 54,518.56 | FA |
| 2. 1641 Downs Dr, Calumet City, IL | 162,500.00 | 0.00 | | 0.00 | FA |
| 3. Checking and Savings - Citizens | 400.00 | 0.00 | | 0.00 | FA |
| 4. 4 Rooms | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 400.00 | 0.00 | | 0.00 | FA |
| 6. PENSION | 100,000.00 | 0.00 | | 0.00 | FA |
| 7. 2005 Toyota Corolla | 10,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $274,300.00           $54,518.56                    $54,518.56           $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status March 23, 2016: Administering proceeds of litigation settlement.  Reviewing claims and intend to file TFR within 60 days after bar date.
Preparing Final Report.  - Maguirre 9/8/2016

Initial Projected Date of Final Report (TFR): 12/31/2016      Current Projected Date of Final Report (TFR): 12/31/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-10376 | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | Hortense B. Jordan | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0810 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3609 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 08/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/16/16 | 1 | Wells Fargo<br>Wells Fargo Consent Order<br>Claims Administrator<br>PO Box 4199<br>Portland, OR 97208-4199 | Wells Fargo Settlement Payment | 1249-000 | $54,518.56 | | $54,518.56 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.82 | $54,476.74 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.37 | $54,398.37 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.87 | $54,317.50 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.15 | $54,239.35 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.64 | $54,158.71 |
| 12/15/16 | 101 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,975.93 | $48,182.78 |
| 12/15/16 | 102 | United States Bankruptcy Court<br>Attn: Finance Dept.<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $47,922.78 |
| 12/15/16 | 103 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $65.76 | $47,857.02 |
| 12/15/16 | 104 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $3,398.98 | $44,458.04 |

Page Subtotals: $54,518.56  $10,060.52

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

|  |  |
|---|---|
| Case No: 08-10376 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: Hortense B. Jordan | Bank Name: Associated Bank |
|  | Account Number/CD#: XXXXXX0810 |
|  | Checking |
| Taxpayer ID No: XX-XXX3609 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction |  | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/16 | 105 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7100-000 |  | $132.26 | $44,325.78 |
| 12/15/16 | 106 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | 7100-000 |  | $33,172.08 | $11,153.70 |
| 12/15/16 | 107 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Final distribution to claim 1 representing a payment of 20.81 % per court order. | 7100-000 |  | $3.95 | $11,149.75 |
| 12/15/16 | 108 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 2 representing a payment of 20.81 % per court order. | 7100-000 |  | $204.02 | $10,945.73 |
| 12/15/16 | 109 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 3 representing a payment of 20.81 % per court order. | 7100-000 |  | $7.94 | $10,937.79 |
| 12/15/16 | 110 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Final distribution to claim 4 representing a payment of 20.81 % per court order. | 7100-000 |  | $5,582.79 | $5,355.00 |
| 01/05/17 | 111 | Bruce de'Medici Kelley Kronenberg 190 S. LaSalle, #450 Chicago, Illinois 60603 | Dkt. 45; Order approving compensation in the Final Application of Counsel for Trustee for Compensation (Dkt. 33) reduced by $360; dated 01/03/17 Total Fees: $4,995 | 3210-000 |  | $4,995.00 | $360.00 |
|  |  |  | Page Subtotals: |  | $0.00 | $44,098.04 |  |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-10376 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: Hortense B. Jordan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0810 |
| | Checking |
| Taxpayer ID No: XX-XXX3609 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/17 | 112 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 1 representing a payment of 22.10 % per court order. | 7100-000 | | $0.24 | $359.76 |
| 02/06/17 | 113 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 2 representing a payment of 22.10 % per court order. | 7100-000 | | $12.67 | $347.09 |
| 02/06/17 | 114 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 3 representing a payment of 22.10 % per court order. | 7100-000 | | $0.49 | $346.60 |
| 02/06/17 | 115 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 4 representing a payment of 22.10 % per court order. | 7100-000 | | $346.60 | $0.00 |
| 03/29/17 | 112 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 1 representing a payment of 22.10 % per court order. Reversal | 7100-000 | | ($0.24) | $0.24 |
| 03/29/17 | 115 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 4 representing a payment of 22.10 % per court order. Reversal | 7100-000 | | ($346.60) | $346.84 |
| 03/30/17 | 113 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 2 representing a payment of 22.10 % per court order. Reversal | 7100-000 | | ($12.67) | $359.51 |

Page Subtotals: $0.00   $0.49

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-10376 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: Hortense B. Jordan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0810 |
| | Checking |
| Taxpayer ID No: XX-XXX3609 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/17 | 114 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 3 representing a payment of 22.10 % per court order. Reversal | 7100-000 | | ($0.49) | $360.00 |
| 03/31/17 | 116 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 Attn: Jackie Ireland | Replacement Check to Check # 115 (Final distribution to claim 4 representing a payment of 22.10% per court order. Reversal) | 7100-000 | | $346.60 | $13.40 |
| 03/31/17 | 117 | QUANTUM3 GROUP LLC AS AGENT FOR MOMA FUNDING LLC PO BOX 788 KIRKLAND, WA 98083-0788 AcctID # 11941698 | Replacement Check to Check # 112 (Final distribution to claim 1 representing a payment of 22.10% per court order. Reversal) | 7100-000 | | $0.24 | $13.16 |
| 03/31/17 | 118 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Replacement Check to Check # 113 (Final distribution to claim 2 representing a payment of 22.10% per court order. Reversal) | 7100-000 | | $12.67 | $0.49 |
| 03/31/17 | 119 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Replacement Check to Check # 114 (Final distribution to claim 3 representing a payment of 22.10% per court order. Reversal) | 7100-000 | | $0.49 | $0.00 |
| 07/19/17 | 116 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 Attn: Jackie Ireland | Replacement Check to Check # 115 (Final distribution to claim 4 representing a payment of 22.10% per court order. Reversal) Reversal Request by Trustee to void check since it is over 90 days old and to reissue new check for same amount. | 7100-000 | | ($346.60) | $346.60 |

| | | | Page Subtotals: | | $0.00 | $12.91 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page: 12)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-10376 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: Hortense B. Jordan | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0810 |
| | Checking |
| Taxpayer ID No: XX-XXX3609 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/19/17 | 117 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br>AcctID # 11941698 | Replacement Check to Check # 112 (Final distribution to claim 1 representing a payment of 22.10% per court order. Reversal) Reversal Request by Trustee to void check since it is over 90 days old and to reissue new check for same amount. | 7100-000 | | ($0.24) | $346.84 |
| 07/19/17 | 118 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Replacement Check to Check # 113 (Final distribution to claim 2 representing a payment of 22.10% per court order. Reversal) Reversal Request by Trustee to void check since it is over 90 days old and to reissue new check for same amount. | 7100-000 | | ($12.67) | $359.51 |
| 07/19/17 | 119 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Replacement Check to Check # 114 (Final distribution to claim 3 representing a payment of 22.10% per court order. Reversal) Reversal Request by Trustee to void check since it is over 90 days old and to reissue new check for same amount. | 7100-000 | | ($0.49) | $360.00 |
| 07/19/17 | 120 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701<br>Attn: Jackie Ireland | Replacement Check to Check # 115 (Final distribution to claim 4 representing a payment of 22.10% per court order. Reversal) | 7100-000 | | $346.60 | $13.40 |
| 07/19/17 | 121 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br>AcctID # 11941698 | Replacement Check to Check # 112 (Final distribution to claim 1 representing a payment of 22.10% per court order. Reversal) | 7100-000 | | $0.24 | $13.16 |

| | Page Subtotals: | $0.00 | $333.44 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-10376 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: Hortense B. Jordan | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX0810 |
| | | Checking |
| Taxpayer ID No: XX-XXX3609 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: 08/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/19/17 | 122 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Replacement Check to Check # 113 (Final distribution to claim 2 representing a payment of 22.10% per court order. Reversal) | 7100-000 | | $12.67 | $0.49 |
| 07/19/17 | 123 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Replacement Check to Check # 114 (Final distribution to claim 3 representing a payment of 22.10% per court order. Reversal) | 7100-000 | | $0.49 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $54,518.56 | $54,518.56 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $54,518.56 | $54,518.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $54,518.56 | $54,518.56 |

Page Subtotals: $0.00 $13.16

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0810 - Checking | $54,518.56 | $54,518.56 | $0.00 |
|  | $54,518.56 | $54,518.56 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $54,518.56 |
| Total Gross Receipts: | $54,518.56 |

Page Subtotals:   $0.00   $0.00